**JOSEPH L. TAURO**
JUDGE

RECEIVED

2006 JUL 25 ' A 10: 47

July 17, 2006

FINANCIAL
DISCLOSURE OFFICE

Judge Ortrie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: <u>Calendar Year 2005 Filing</u>

Dear Judge Smith,

In response to your letter dated July 11, 2006 questioning the info I provided, see my explanations below:

1. Page 4, Line 3, B(2): change "None" to "Interest".

2. Page 5, Lines 20 and 22. See Explanation on Page 6 of Financial Dis. Report, Nos. 7 and 8, which indicate that there was no gross value at the end of reporting period for "AT&T" because "AT&T" was acquired by SBC. They changed the name to "AT&T Inc." And I indicated on Line 22 the Gross value at the end of the reporting period as "K" and value method "T" for "AT&T Inc."

3. Page 5, Line 34. Citistreet 403B belongs to ███████ ███ forgot to give me this info and doesn't know the date of this investment.

Sincerely,



AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TAURO, JOSEPH L | U. S. DISTRICT COURT | 05/1/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 -to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE, SUITE 7110 <br> 1 COURTHOUSE WAY <br> BOSTON, MA 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | BROWN UNIVERSITY, RHODE ISLAND |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 15 A 11:04
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| **TAURO, JOSEPH L** | 05/1/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Boston University School of Law, teacher | $ $23,714.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | self-employed, physical therapist |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 05/1/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 05/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Grand Bank Accounts, IRA-CD | B | Interest | N | T | redemption | 11/21 | J | A | See VIII re explanation |
| 2. National Grand Bank IRA-CD, from CD above | A | Distribution | J | T | | | | | See VIII re explanation |
| 3. National Grand Bank, new CD | B | None | N | T | buy | 11/21 | N | | See VIII re explanation |
| 4. Bank of America accounts | D | Interest | K | T | transfer | 11/21 | N | D | See VIII re explanation |
| 5. Brokerage Account: | | | | | | | | | |
| 6. -AT&T acquired by SBC, now AT&T Inc. | A | Dividend | J | T | merger | 11/21 | | | See VIII re explanation |
| 7. -Bank of America | C | Dividend | L | T | | | | | |
| 8. -Bellsouth Corp. | A | Dividend | J | T | | | | | |
| 9. -Burlington Northern Santa Fe Corp. | A | Dividend | J | T | | | | | |
| 10. -Consolidated Edison Inc. | B | Dividend | K | T | | | | | |
| 11. -Delphi Corp. | | None | J | T | | | | | |
| 12. -G. E. Co. | A | Dividend | J | T | | | | | |
| 13. -Gen. Motors Co. | A | Dividend | | | sell | 6/13 | J | | |
| 14. -Nisource Inc. | A | Dividend | J | T | | | | | |
| 15. -SBC Comm. acquired AT&T Corp, now AT&T, Inc. | A | Dividend | J | T | merger | 11/21 | J | | See VIII re explanation |
| 16. -TXU Corp. | A | Dividend | K | T | | | | | |
| 17. -Verizon Comm. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 05/1/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Comcast Corp. | | None | J | T | | | | | |
| 19. Columbia Mid Cap Growth Fund - - end of brokerage acct. | | None | J | T | | | | | |
| 20. AT&T, acquired by SBC, now AT&T Inc. | A | Dividend | | | merger | 11/21 | | | See VIII re explanation |
| 21. NCR | | None | J | T | | | | | |
| 22. SBC Comm. -acquired AT&T, now AT&T Inc. | B | Dividend | K | T | merger | 11/21 | | | See VIII re explanation |
| 23. Q West | | None | J | T | | | | | |
| 24. Lucent Tech. | | None | J | T | | | | | |
| 25. Avaya | | None | J | T | | | | | |
| 26. Verizon | A | Dividend | J | T | | | | | |
| 27. Vodafone | A | Dividend | J | T | | | | | |
| 28. Agere Systems | | None | J | T | | | | | |
| 29. Comcast Corp. | | None | J | T | | | | | |
| 30. Fidelity -IRA, Pension Plan and Profit Sharing | C | Dividend | M | T | | | | | |
| 31. National Grand Bank Accts. | A | Interest | K | T | | | | | See VIII re explanation |
| 32. Banc of America Investment Services, Inc. - IRA | C | Dividend | M | T | | | | | |
| 33. Beverly National Bank-IRA | A | Interest | K | T | buy | 4/5 | K | A | See VIII re explanation |
| 34. Citistreet 403B | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 05/1/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Line 1 - NGB IRA/CD closed. Funds deposited to savings.

2. Line 2 - NGB IRA/CD referred to in Line 1 now closed.

3. Line 3 - new NGB CD opened with closed Bank of America CD funds.

4. Line 4 - Bank of America CD closed; funds transferred to new CD at NGB.

5. Line 6 - 2004 inadvertently indicated value as "L" under C.(1). Value should have been marked "J".
   - All AT&T Corp. shares were acquired by SBC, and name changed to AT&T, Inc. - See Line 15 re SBC/now AT&T, Inc. shares.

6. Line 15 - See Line 6: 11/21/05 SBC acquired AT&T Corp. shares. SBC and AT&T Corp. shares are now AT&T, Inc..

7. Line 20 - AT&T Corp. shares acquired by SBC, now AT&T, Inc. See Line 22 re SBC.

8. Line 22 - 11/21/05 SBC acquired AT&T Corp. shares. SBC and AT&T Corp. shares are now AT&T, Inc.

9. Line 31 - 4/5/05 used funds from National Grand Bank to open new IRA-CD at Beverly National Bank.

10. Line 33 - 4/5/05 opened new IRA-CD with funds from National Grand Bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date___ 5/8/06 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544